CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
7/11/2019
JULIA C. DUDLEY, CLERK
BY: LOTTIE LUNSFORD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
    - against - :    Civil No. __1:19CV00027__
:
$647,000,000 IN U.S. CURRENCY, :
:
    Defendant. :

### VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, United States of America, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil forfeiture action against $647,000,000 in U.S. currency that constitute or are derived from proceeds traceable to violations of 18 U.S.C. §§ 1341, 1343, and 1347, and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

### THE DEFENDANTS IN REM

2. The defendant consists of $647,000,000 in U.S. Currency in the form of a wire transfer from Reckitt Benckiser Group ("RBG"), to be provided by and seized with the consent of RBG on or before August 10, 2019.

### JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C.

Page 1 of 5

§ 1355(a), and over this particular action under 18 U.S.C. § 981(a)(1)(C).

5. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

6. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because acts and omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

7. The defendant currency is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because it constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1341, 1343, and 1347.

## FACTS

8. The forfeiture is based upon the following facts, verified by Special Agent Darren Petri of the United States Food and Drug Administration, Office of Criminal Investigations ("FDA-OCI"):

    a. On April 9, 2019, a federal grand jury in Abingdon, Virginia, returned a 28-count Indictment that charged Indivior Inc. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) ("RBP") and Indivior plc with violating Title 18, United States Code, Sections 1341 (mail fraud), 1343 (wire fraud), 1347 (health care fraud) and 1349 (conspiracy to commit health care fraud). The allegations set forth in the Indictment are incorporated in this complaint by reference.

    b. RBP was a Delaware corporation headquartered in Richmond, Virginia, that marketed and distributed prescription drugs containing buprenorphine, an

      opioid controlled substance, under brand names including Suboxone and Subutex.[1] Until on or about December 23, 2014, RBP was a wholly owned subsidiary of RBG.

c.    From approximately January 1, 2010, to approximately November 30, 2014, proceeds from the sale of Suboxone and Subutex were deposited and flowed into various RBP checking accounts, including an account at JP Morgan Chase. The JP Morgan Chase account served to aggregate the receipts of all products sold in the United States by RBP, including Suboxone.

d.    From 2006 to 2014, RBP's U.S. Net Revenue was approximately $6.2 billion. Of this, more than approximately $530 million was derived from cash purchases of Suboxone and Subutex filled at pharmacies. Federal and state health care programs were among the purchasers of Suboxone and paid for Suboxone prescriptions filled at pharmacies, including pharmacies in the Western District of Virginia. The pharmacies received the monies via mail and/or wire. The pharmacies who filled the prescriptions paid by (1) cash or (2) federal and state health care programs then paid the wholesalers for their supplies of Suboxone via mail and/or wire. The wholesalers paid RBP via wire payments.

e.    From 2010 to 2014, RBP transferred approximately $3.7 billion to RBG-controlled accounts at JP Morgan Chase in the U.S. and the United Kingdom. On or before August 10, 2019, RBG will wire $647 million to an account

---

[1]Subutex was discontinued in 2011.

controlled by the United States Marshal's Service.

  f. From 2006 to 2014, RBP's U.S. Net Revenue from unlawful promotion of Suboxone and Subutex was not less than $1.4 billion.

9. To the extent it is necessary to do so, Plaintiff intends to rely on the provisions of 18 U.S.C. § 984 to establish that the defendant property is the property involved in the violation of 31 U.S.C. § 5324(a)(1) and (3) described in paragraph 8.

WHEREFORE, the plaintiff prays that:

1. All persons who reasonably appear to be potential claimants with interests in the defendant property be cited to appear herein and answer the complaint;

2. That the defendant property be forfeited and condemned to the United States of America for disposition according to law; and

3. That the plaintiff have such other and further relief as this Court deems proper and just.

Dated: July 11, 2019

            Respectfully submitted,

            DANIEL P. BUBAR
              Attorney for the United States, Acting Under
              Authority Conferred by 28 U.S.C. § 515

            *Randy Ramseyer*
            Randy Ramseyer
              Assistant United States Attorney
            Krista Frith
              Assistant United States Attorney

## VERIFICATION

I, Darren Petri, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Complaint for Forfeiture *in rem* is true and correct to the best of my knowledge and belief.

_____
Darren Petri
Special Agent, FDA-OCI

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Randy Ramseyer, U.S. Attorney's Office, 276.628.4161
Krista Frith, U.S. Attorney's Office, 540.857.2250

## DEFENDANTS
$647,000,000 in U.S. Currency

County of Residence of First Listed Defendant  Not Applicable
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Howard Shapiro, Wilmer Cutler Pickering Hale & Dorr, 1875 Pennsylvania Avenue, Washington, DC 20006, 202.663.6606

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. 981(a)(1)(C)
Brief description of cause:
Forfeiture of Proceeds of A Crime

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: 07/11/2019
SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

Case 1:19-cv-00027-JPJ-PMS   Document 1-1   Filed 07/11/19   Page 1 of 1   Pageid#: 6